**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| REY HENRIQUEZ, | : | |
| | : | Civil Action No. 11-3504 (NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DEPARTMENT OF CORRECTIONS, et al., | : | |
| | : | |
| Respondents. | : | |

  For the reasons set forth in the Court's Opinion filed herewith,

  IT IS on this 24th day of February, 2012,

  ORDERED that the petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied with prejudice for lack of jurisdiction; and it is further

  ORDERED that the Clerk of the Court shall close this case.


At Camden, New Jersey            　s/ Noel L. Hillman
                                 Noel L. Hillman
                                 United States District Judge